MANHATTAN ELECTRICAL BARGAIN HOUSE, INC., Appellant, v. MUSEUM ESTATES, INC., Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

ADRIAN H. LARKIN and Others, Respondents, v. HENRY H. ROGERS, JR., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

CARL FISCHER, Respondent, v. HITTLEMAN GOLDENROD BREWERY, INCORPORATED, and Another, Defendants, Impleaded with PURE CARBONIC, INC., Appellant.— Order unanimously reversed, with twenty dollars costs and disbursements, and the motion granted. No privity of contract between plaintiff and the defendant Pure Carbonic, Inc., is pleaded. Recovery against this defendant can only be had upon the theory of negligence. (MacPherson v. Buick Motor Company, 217 N. Y. 382.) The Statute of Limitations has clearly run against that cause of action. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

THOMAS F. CURLEY, as Receiver of the SEABOARD TRADING COMPANY, Appellant, v. ALBERT L. SMITH and Others, Defendants, Impleaded with PAUL V. HALL and Others, Respondents.— Order and judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [See 168 Misc. 494.]

THOMAS F. CURLEY, as Receiver of the SEABOARD TRADING COMPANY, Respondent, Appellant, v. ALBERT L. SMITH and Others, Appellants, Respondents, and Others, Defendants.— Order unanimously modified by striking out the last paragraph of said order, and providing in lieu thereof as follows: — Ordered that the " Second " cause of action set forth in the complaint against defendants-appellants be and the same hereby is dismissed, pursuant to rule 107 of the Rules of Civil Practice upon the ground that said cause of action did not accrue within the time limited by law for the commencement of an action thereon, and that the receiver has no capacity to sue on the cause of action arising out of section 278, subdivision 1, paragraph a, of the Debtor and Creditor Law.— And as so modified affirmed, with ten dollars costs and disbursements to the defendants-appellants against the plaintiff-appellant. No opinion. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ. [See 168 Misc. 494.]